UNITED STATES DISTRICT COURT
SOUTHERNDISTRICT OF FLORIDA
MIAMIDIVISION
Case No.: 16−cv−24617−RNS

JOSE OSORIO,   )
              )
     Plaintiff(s),   )
              )
v.            )
              )
1220 MANAGEMENT GROUP, LLC d/b/a   )
Bodega Taqueria y Tequila (*et al.*),   )
              )
     Defendant(s).   )
              )

## AMENDED STATEMENT OF CLAIM

The Plaintiff, JOSE OSORIO ("Plaintiff"), hereby files the instant Amended Statement of Claim pursuant to this Court's Order (D.E. # 5) and states as follows:

1. **Amount of unpaid wages:** The estimated amount of unpaid wages in this case is $12,423. The total amount of unpaid wages is exclusive of liquidated damages, court costs and reasonable attorney's fees.

2. **Calculation of unpaid wages:** Prior to the completion of discovery and to the best of Plaintiff's knowledge, at the time of the filing this Amended Statement of Claim, Plaintiff's good faith estimate of unpaid wages is calculated as follows:

   - Unpaid wages = $12 (hourly pay) x .5 (overtime rate) x 2070.5 (total number of overtime hours) = $12,423.00
   - Liquidated damages = $12,423.00
   - Damages = Unpaid Wages + Liquidated Damages = $24,846.00

3. **Nature of Wages Owed:** Overtime Wages

4. **Attorney's Fees:**

| $350.00 per hour | 30.5 hours | $10,675.00 |

5.  **Total Damages:** $24,846 plus reasonable attorneys' fees and costs of suit.

Respectfully submitted,

**s/Ed Rosenberg**
Ed Rosenberg (FBN: 88231)
E-mail:ed@saenzanderson.com
SAENZ & ANDERSON, PLLC
20900 NE 30th Avenue, Ste. 800
Aventura, Florida 33180
Telephone: (305) 503-5131
Facsimile: (888) 270-5549
*Counsel for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2017, I served via mail and/or email the foregoing document on all counsel of record or *pro se* parties identified on the attached Service List.

By: s/ Ed Rosenberg

## SERVICE LIST

**JOSE OSORIO v. 1220 MANAGEMENT GROUP, LLC d/b/a Bodega Taqueria y Tequila**
Case No.16−cv−24617−RNS
**United States District Court, SOUTHERN District of Florida**

R. Martin Saenz
E-Mail:msaenz@saenzanderson.com
SAENZ & ANDERSON, PLLC
20900 N.E. 30th Avenue, Suite 800
Aventura, Florida 33180
Telephone: (305) 503-5131
Facsimile: (888) 270-5549
*Counsel for Plaintiff(s)*

Chad K. Lang, Esq.
E-mail: ckl@lgplaw.com
Charles E. Stoecker
E-mail: ces@lgplaw.com
LIEBLER GONZALEZ & PORTUONDO
44 West Flagler Street
Courthouse Tower, 25th Floor
Miami, FL 33130
Telephone: (305) 379-0400
Facsimile: (305) 379-9626:
*Attorney for Defendant(s)*