United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Jose Osorio, Plaintiff, | ) |
| | ) |
| v. | ) |
| | )   Civil Action No. 16-24617-Civ-Scola |
| 1220 Management Group, LLC, *and* | ) |
| *others*, Defendants. | ) |

### Order Approving FLSA Settlement And Dismissing Action

The parties to this FLSA action have asked the Court to approve of their settlement agreement and to dismiss the case. (Joint Mot., ECF No. 30.) Having reviewed the record, the relevant legal authorities, and the settlement agreement (which was reviewed *in camera*), the Court finds the settlement agreement fair and reasonable.

The Court **grants** the motion (**ECF No. 30**), **approves** the parties' settlement agreement, **dismisses** this action with prejudice, and directs the Clerk to **close** this case.

**Done and ordered** in chambers, at Miami, Florida, on May 1, 2017.

_____
Robert N. Scola, Jr.
United States District Judge